## PRICE, DBA HOWARD PRICE & CO. v. STATE ROAD COMMISSION OF WEST VIRGINIA ET AL.

No. 144.   Decided October 11, 1965.

*Carney M. Layne* and *Charles W. Yeager* for appellant.

*C. Donald Robertson,* Attorney General of West Virginia, and *Philip J. Graziani* and *C. Robert Sarver,* Assistant Attorneys General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed in light of the representations of the Attorney General of West Virginia that there is open to the appellant an effective state procedure of which he has not availed himself.

## PUGACH v. NEW YORK.

No. 12, Misc.   Decided October 11, 1965.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.